UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS MEDICAL CENTER,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health & Human Services*,<br><br>      Defendant. | Case No. 3:24-CV-01039-MOC-DCK<br>(*Oral argument requested*) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff The Charlotte-Mecklenburg Hospital Authority in its capacity as Carolinas Medical Center moves for summary judgment on all claims, on the ground that there is no genuine dispute as to any material fact and that the movant is entitled to judgment as a matter of law. This motion is based on the administrative record filed in this matter; on the accompanying memorandum in support of the motion for summary judgment; on applicable laws, cases, regulations and orders; and any other documents filed or to be filed in this matter. Plaintiff respectfully requests that the Court enter an order granting summary judgment, setting aside the decision of the Provider Reimbursement Review Board, and directing the Secretary of Health & Human Services to return the amounts recouped from the Plaintiff for the cost of operating its nursing and allied health programs.

Dated: January 16, 2026

          */s/ Lauren Slive Gennett*
          LAUREN SLIVE GENNETT
          N.C. Bar No. 58814
          King & Spalding LLP
          300 S. Tryon St.
          Suite 1700
          Charlotte, NC 20202
          (704) 503-2600 (phone)
          (704) 503-2622 (fax)
          lgennett@kslaw.com

          */s/ Daniel J. Hettich*
          DANIEL J. HETTICH
          D.C. Bar No. 975262
          dhettich@kslaw.com
          (202) 626-9128 (phone)
          (202) 626-3737 (fax)

          */s/ Alek W. Pivec*
          ALEK W. PIVEC
          D.C. Bar No. 1046247
          apivec@kslaw.com
          (202) 626-2914 (phone)
          (202) 626-3737 (fax)

          King & Spalding LLP
          1700 Pennsylvania Avenue NW
          Suite 900
          Washington, D.C. 20006

          *Attorneys for the Plaintiff*